**In the United States District Court
for the
Northern District of Illinois**

**Eastern Division**

| | | |
|---|---|---|
| IN RE: AT&T MOBILITY WIRELESS DATA SERVICES SALES TAX LITIGATION | ) ) ) | MDL No: 2147<br>Case No. 10 C 2278 |

**This Document Relates to All Cases**

### MOTION OF THE COOPERATING COUNSEL FOR APPOINTMENT AS INTERIM SETTLEMENT CLASS COUNSEL PURSUANT TO F.R.CIV.P. 23(G)(2)(A)

Pursuant to F.R.Civ.P. 23(g)(2)A), Cooperating Counsel move this Honorable Court to appoint Bartimus, Frickleton, Robertson & Gorny, P.C. ("BFRG") and The Huge Law Firm, PLLC ("Huge") as Interim Settlement Class Counsel for the purpose of obtaining this Court's authority to effectuate the settlement agreement reached with the defendant, AT&T Mobility, LLC ("ATTM"). In support of this Motion, Counsel have appended suggestions which are incorporated as though fully set out in this Motion.

WHEREFORE, for the reasons expressed in the accompanying suggestions, Cooperating Counsel respectfully request that Bartimus, Frickleton, Robertson & Gorny, P.C. and The Huge Law Firm be appointed Interim Settlement Class Counsel pursuant to F.R.Civ.P 23(g)(2)(A) and for such other and further orders as the Court deems appropriate.

Respectfully submitted,

Dated:  June 4, 2010

/s/ Edward D. Robertson, Jr.
Edward D. Robertson, Jr.
James P. Frickleton
Mary D. Winter

1

BARTIMUS, FRICKLETON,
ROBERTSON & GORNY, PC
715 Swifts Highway
Jefferson City, MO. 65109
573-659-4454 (Voice)
573-659-4460 (Facsimile)

Harry Huge
The Huge Law Firm, LLP
1080 Wisconsin Ave., N.W., Suite 3016
Washington, DC  20007
202-965-4672

Counsel for the Plaintiffs in the Cooperating Interested Parties in the Related Cases as follows:

| ATTORNEY – FIRM | PARTY(S) REPRESENTED |
|---|---|
| Mark T. Sadaka<br>POTTS SADAKA LLC<br>7211 Skyline Drive<br>Fort Lee, NJ  07024 | Ronald Bendian |
| David W. Shelton<br>DAVID SHELTON, ATTORNEY AT LAW<br>1223 Jackson Ave., East, Suite 202<br>P.O. Box 2541<br>Oxford, MS  38655 | Michael Bosarge<br>Richard Gardner |
| Theodore H. Huge<br>THEORDE HUGE LAW FIRM LLC<br>31 Broad Street<br>Charleston, SC  29401 | Eric Bosse |
| Marla Rosoff Eskin<br>CAMPBELL & LEVINE, LLC<br>800 North King Street<br>Suite 300<br>Wilmington, DE  19801 | Kathy J. Cooper |
| Alice London<br>BISHOP LONDON & DODDS PC<br>3701 Bee Cave Road<br>Suite 200<br>Austin, TX  78746 | Harvey Corn<br>Pam Corn |

| | |
|---|---|
| Jefferson Downing<br>KEATING, O'GARA, NEDVED &<br>PETER, P.C., L.L.O.<br>530 S. 13th Street, Suite 100<br>Lincoln, NE  68520 | Matthew Cranford |
| Mark T. Flickinger<br>FLICKINGER & SUTTERFIELD<br>3000 N. University Ave., Suite 300<br>Provo, UT  84604 | Steven A. DeVore |
| Daniel B. Feldman<br>LEWIS, FELDMAN & LEHANE &<br>McATEE, LLC<br>2100 Third Avenue North<br>Birmingham, AL  35203 | Stephanie Diethelm |
| Henry A. Meyer, III<br>MEYER & LEONARD PLLC<br>116 E. Sheridan<br>Suite 207<br>Oklahoma City, OK  73104 | Jane F. Edmonds<br>Vicki L. Campbell<br>Vickie C. Leyja |
| Donald H. Beskind<br>TWIGGS, BESKIND, STRICKLAND &<br>RABENAU, PA<br>150 Fayetteville Street<br>Suite 1100<br>Raleigh, NC  27601 | Adrienne M. Fox |
| W. James Chandler<br>LAW OFFICE OF W. JAMES<br>CHANDLER<br>1508 East Fourth Street<br>Charlotte, NC  28204 | Stephen S. Girard |
| Thomas Rosenfeld<br>2227 South State<br>Route 157<br>Edwardsville, IL  62025 | Christopher R. Havron |
| James P. Frickleton<br>BARTIMUS, FRICKLETON,<br>ROBERTSON & GORNY – Leawood<br>11150 Overbrook Drive, Suite 200 | Christopher Hendrix |

| | |
|---|---|
| Leawood, KS  66211 | |
| Steven P. Polick<br>STEVEN P. POLICK & ASSOCIATES PC<br>3235 45TH Street, Suite 202<br>Highland, IN  46322 | Martin Hoke |
| Stanley E. Levine<br>CAMPBELL & LEVINE<br>310 Grant Street<br>Suite 1700<br>Pittsburgh, PA  15219 | Meri Iannetti |
| Jules B. Olsman<br>OLSMAN, MUELLER, WALLACE & MACKENZIE, P.C.<br>2684 W. Eleven Mile Road<br>Berkley, MI 48072 | Kathy Johnson |
| Mark Thedore Sadaka<br>POTTS SADAKA, L.L.C.<br>641 Lexington Avenue<br>15th Floor<br>New York, NY  10022 | Jonathan Macy |
| Calvin C. Fayard, Jr.<br>FAYARD & HONEYCUTT, APLC<br>519 Florida Avenue, SW<br>Denham Springs, LA  70726 | Heather Mazeitis |
| Theordore J. Leopold<br>LEOPOLD-KUVIN, P.A.<br>2925 PGA Boulevard<br>Suite 200<br>Palm Beach Gardens, FL  33410 | Adrienne D. Munson |
| Edward D. Robertson, Jr.<br>Mary D. Winter<br>BARTIMUS, FRICKLETON, ROBERTSON & GORNY – JC<br>715 Swifts Highway<br>Jefferson City, MO  65109 | Sarah Pauley |
| Richard D. Lawrence<br>THE LAWRENCE FIRM | Heather Rahn |

| | |
|---|---|
| 606 Philadelphia Street<br>Covington, Kentucky  41011 | |
| Antonio Ponvert, III<br>KOSKOFF, KOSKOFF & BIEDER, P.C.<br>350 Fairfield Avenue<br>5th Floor<br>Bridgeport, CT  06604 | David Rock |
| Leo V. Boyle<br>MEEHAN, BOYLE, BLACK &<br>FITZGERALD, PC<br>Two Center Plaza<br>Suite 600<br>Boston, MA  02108 | Lesley Rock |
| Mark S. Mandell<br>MANDELL, SCHWARTZ & BOISCLAIR<br>One Park Row<br>Providence, RI  02903 | James Shirley |
| Ronald J. Berke<br>BERKE, BERKE & BERKE<br>420 Frazier Avenue<br>P.O. Box 4747<br>Chattanooga, TN  37405 | Randall Shuptrine |
| Stephen B. Morris<br>MORRIS AND ASSOCIATES<br>444 West C Street<br>Suite 300<br>San Diego, CA  92101 | Donald Sipple |
| E. Andrew Burcher<br>WALSH COLUCCI LUBELEY EMRICH<br>& WALSH PC<br>4310 Prince William Parkway, Suite 300<br>Prince William, VA  22192 | James K.S. Stewart |
| Derek H. Potts<br>POTTS LAW FIRM, LLC<br>908 Broadway<br>Suite 300<br>Kansas City, MO  64108 | Dorothy Taylor |
| Grant Woods | Kirk Tushaus |

GRANT WOODS, P.C.
Two Renaissance Square
40 North Central Ave., Suite 2250
Phoenix, Arizona 85004

Patrick J. Beirne
THE LAWRENCE FIRM, LLC
606 Philadelphia Street
Covington, KY 41011

John W. Wallace
Eleanor T. Wallace

William S. Partridge
FARRISH JOHNSON LAW OFFICE CHTD.
1907 Excel Drive
P.O. Box 550
Mankato, MN 56002-0550

Aaron White

Lance M. Sears
SEARS AND SWANSON, PC
Two North Cascade Avenue
Suite 1250
Colorado Springs, CO 80924

William A. Wieland

Bryan A. Vroon
LAW OFFICE OF BRYAN A. VROON LLC
1718 Peachtree Street
Suite 1088
Atlanta, Georgia 30309

Robert Wilhite

Patrick F. Curran
CURRAN LAW OFFICE
419 Church Street
P.O. Box 936
Ottumwa, IA 52501

Penny Annette Wood

Mark T. Flickinger
FLICKINGER & SUTTERFIELD, PC
3000 North University Ave., Suite 300
Provo, Utah 84604

Steven A. Devore

Jerome F. O'Neill
O'NEILL KELLNER & GREEN
84 Pine Street, Fourth Floor
Burlington, VT 05402-5359

William J. Rogers

| | |
|---|---|
| Rick Claxton<br>GARSON CLAXTON, LLC<br>7910 Woodmont Ave., Suite 650<br>Bethesda, Maryland  20814 | Bonnae Meshulam |
| Stephen B. Morris<br>MORRIS AND ASSOCIATES<br>444 West C Street, Suite 300<br>San Diego, CA  92101 | John Simon<br>Karl Simonsen<br>Christopher Jacobs |
| Michael Scott<br>HILLIS CLARK MARTIN &<br>PETERSON, P.S.<br>1221 Second Avenue, Suite 500<br>Seattle, WA  98101-2925 | Michael Vickery |
| Dean Trafelet<br>50 W. Schiller<br>Chicago, IL  60610 | Anne Stanczak |
| Theodore Huge<br>THE HUGE LAW FIRM, LLP<br>31 Broad Street<br>Charleston, SC  29401 | Andy Armstrong |

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served upon all parties on this 4th day of June 2010, via ECF and by mailing a true and accurate copy by first class mail, postage prepaid to all parties that have not established ECF notification.

/s/ Edward D. Robertson, Jr.
Counsel for Cooperating Interested Parties