

## Prior Activity — 832414672

| Previous Balance | 148.49 |
| --- | --- |
| **TOTAL PAST DUE BALANCE** | **$148.49** |

## Account Charges — 832414672

**Credits, Adjustments & Other Charges**

| | | |
| --- | --- | --- |
| Late Payment Charge | 5.00 | |
| **ACCOUNT CREDITS, ADJUSTMENTS & OTHER CHARGES** | | **$5.00** |

## Wireless Line Summary For: 248-766-2164

**User Name: KAREN WIAND**

| Monthly Service Charges | Period | Monthly Charge | Total Charge |
| --- | --- | --- | --- |
| **Rate Plan** | | | |
| NTNUNLIMITED | 11/11-12/10 | 99.99 | 99.99 |
| Includes: | | | |
| - Call Forward Conditional | | | |
| - Call Forward Immediate | | | |
| - Call Hold | | | |
| - Call Waiting | | | |
| - Caller ID | | | |
| - Direct Bill Detail | | | |
| - Message Waiting Ind | | | |
| - Nation GSM | | | |
| - Three Way Calling | | | |
| - Unlimited Anytime Mins | | | |
| **Other Services** | | | |
| AT&T Direct Bill | 11/11-12/10 | 0.00 | 0.00 |
| AT&T Domestic LD | 11/11-12/10 | 0.00 | 0.00 |
| Includes: | | | |
| - Toll Domestic | | | |
| - Toll International | | | |
| AT&T Roam LD | 11/11-12/10 | 0.00 | 0.00 |
| Includes: | | | |
| - Toll Domestic | | | |
| - Toll International | | | |
| EXPANDEDINTLROAM | 11/11-12/10 | 0.00 | 0.00 |
| GSM Coverage Area | 11/11-12/10 | 0.00 | 0.00 |
| Int'l Roaming | 11/11-12/10 | 0.00 | 0.00 |
| Intl Roam Toll | 11/11-12/10 | 0.00 | 0.00 |
| Includes: | | | |
| - Toll Domestic | | | |
| - Toll International | | | |
| IntlDialingAllowed | 11/11-12/10 | 0.00 | 0.00 |
| Off-Network Roam | 11/11-12/10 | 0.00 | 0.00 |
| StandardILD | 11/11-12/10 | 0.00 | 0.00 |
| Includes: | | | |
| - Toll Domestic | | | |
| - Toll International | | | |



## Wireless Line Summary For: (Continued) 248-766-2164

User Name: KAREN WIAND

| Monthly Service Charges | Period | Monthly Charge | Total Charge |
|---|---|---|---|
| **Other Services** | | | |
| VISUAL VM POSTPD | 11/11-12/10 | 0.00 | 0.00 |
| iPhone Customer | 11/11-12/10 | 0.00 | 0.00 |
| **Wireless Data** | | | |
| DATA PLAN IPHONE | 11/11-12/10 | 30.00 | 30.00 |
| Data Unlimited | 11/11-12/10 | 0.00 | 0.00 |
| Includes: | | | |
| - DATA ACCESS | | | |
| - DATA ACCESS | | | |
| IPHONE MSG 200 | 11/11-12/10 | 5.00 | 5.00 |
| Includes: | | | |
| - Multimedia Messaging | | | |
| - Text Messaging | | | |
| **TOTAL MONTHLY SERVICE CHARGES** | | | **$134.99** |
| **Usage Charges** (See Usage Charge Details) | | | |
| **TOTAL USAGE CHARGES** | | | **$0.00** |
| **Credits, Adjustments & Other Charges** | | | |
| Regulatory Cost Recovery Charge | | 1.25 | |
| Federal Universal Service Charge | | 3.49 | |
| MI State Telecom Surcharge | | 8.39 | |
| **TOTAL CREDITS, ADJUSTMENTS & OTHER CHARGES** | | | **$13.13** |
| **Government Fees & Taxes** | | | |
| 9-1-1 Service Fee | | 0.19 | |
| County 9-1-1 Service Fee | | 0.18 | |
| **TOTAL GOVERNMENT FEES & TAXES** | | | **$0.37** |
| **TOTAL AMOUNT DUE** | | | **$301.98** |

## Usage Charge Details 248-766-2164

User Name: KAREN WIAND

| Summary of Usage Charges | Minutes Included In Plan | Minutes Used | Billed Minutes | Billed Rate | Total Charge |
|---|---|---|---|---|---|
| **NTNUNLIMITED** | | | | | |
| Daytime | | 2,975 | 2,975 | 0.00 | 0.00 |
| Nwknd | | 225 | 225 | 0.00 | 0.00 |



## Usage Charge Details (Continued) 248-766-2164

**User Name: KAREN WIAND**

| **Subtotal** | | | | | **$0.00** |
|---|---|---|---|---|---|



| Summary of Wireless Data | Msg/Min/ KB/MB Included In Plan | Msg/Min/ KB/MB Used | Msg/Min/ KB/MB Billed | Billed Rate | Total Charge |
|---|---|---|---|---|---|
| IPHONE MSG 200 | 200 | 80 | | | 0.00 |
| Data Unlimited | | | | | |
| - DATA ACCESS | | 158,838 | 158,838 | $0.00/KB | 0.00 |
| **Subtotal** | | | | | **$0.00** |
| **TOTAL USAGE CHARGES** | | | | | **$0.00** |



### Go Green and Make a Difference!

Sign up for paperless billing and join AT&T in its efforts to be more earth-friendly and environmentally aware. View and store your monthly bills online instead of receiving paper bills in the mail. Going paperless is safe, secure and easy...and will save you time and money each month. Visit att.com/actgreen to learn more and enroll today. It's free, it's easy, and it's green!

