IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AT&T MOBILITY WIRELESS DATA SERVICES TAX LITIGATION | MDL No. 2147<br><br>Master Case No. 10 CV 02278<br><br>Hon. Amy J. St. Eve |

### ORDER REGARDING DEPOSITION BY PLAINTIFF KAREN WIAND OF MICHIGAN DEPARTMENT OF TREASURY OFFICIAL

The Court having conducted a hearing on February 7, 2011, and having been informed that the parties stipulate and agree to the following,

IT IS HEREBY ORDERED that, subject to the entry of an agreed-upon protective order, on or before February 14, 2011, AT&T Mobility and Settlement Class Counsel shall produce and provide to counsel for Karen Wiand a true and accurate copy of documents submitted to the State of Michigan in furtherance of the settlement and documents received by them from the State of Michigan relating thereto;

IT IS FURTHER ORDERED that the parties stipulate and agree that the August 5, 2010 letter to Wiand's counsel from the Manager of the Michigan Department of Treasury Sales & Use Taxes Technical Services Division attached as an exhibit to Wiand's Objection to Settlement accurately summarizes the Michigan Department of Treasury positions on the matters addressed in that letter;

IT IS FURTHER ORDERED that based on the foregoing Wiand has agreed not to proceed with the deposition at issue, and therefore further ruling by the Court on whether she may take the deposition at this time is moot.

_____
Amy J. St. Eve,
U.S. District Court Judge

Date: February 10, 2011

Stipulated and approved for entry:

_____*/s/ Mark S. Baumkel*_____
Mark S. Baumkel,
Attorney for Karen Wiand

      /s/ James P. Frickleton
James P. Frickleton
Co-counsel for Settlement Class

     /s/ Roman P. Wuller
Roman P. Wuller
Co-counsel for AT&T Mobility, LLC