**FILED**

MAR 1 0 2011
MAR 10 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

IN RE: AT&T MOBILITY WIRELESS DATA SERVICES SALES TAX LITIGATION

Case No. 1:10-cv-02278
Judge Amy J. St. Eve

This document relates to all actions

## SUPPLEMENTAL OBJECTION OF PAIGE NASH

To The Honorable District Judge:

Now Comes Paige Nash ("Objector"), and files this her Supplemental Objection, and would show the Court as follows:

In Paige Nash's objection previously filed in this case (Doc. 147), she stated that "[t]his objector hereby incorporates all objections made in this litigation." (Objection p. 2). Objector Nash specifically incorporates in her objections the following:

1. Objection for the State of Texas (Doc. 158):

    (a) "Texas consumers [will] recover nothing, though they will be bound by the release negotiated on their behalf" (p. 3).

    (b) Texas law provides remedies for tax challenge (p. 5-10).

    (c) Texas is grandfathered under ITFA and the Lawyers knew it (p. 10-13).

1

  (d) AT&T's customers fare better under Texas law than under the settlement (p. 10-16).

2. Objections to proposed settlement (Doc. 134).

  (a) Objectors to the Court's consideration of certification or approval of the settlement agreement (p. 2-5 ending at "F").

  (b) The alleged monetary relief to the Texas subclass is illusory (p. 8-9 ending at "B").

  (c) "The settling parties have not met their burden of proof" (p. 11).

The above objections are incorporated into Objector Nash's previously filed objections to (a) give fair notice of the exact objections incorporated and (b) to avoid duplicity.

/s/Michael Brooks
Michael Brooks
Kerns, Frost & Pearlman LLC
70 W. Madison St., Suite 5350
Chicago, ILL 60602
312-261-4550
mbrooks@kfplegal.com


/s/Gary W. Sibley
Gary W. Sibley
The Sibley Firm
2414 No Akard Suite 700
Dallas, TX 75201
214-522-5222
g@juris.cc

**Certificate of Service**

I hereby certify that a copy of the above and foregoing document has been served upon the following by First Class Mail on March 9, 2011:

Bartimus Frickleton

Robertson & Gomy, P.C.

P.O. Box 480020

Kansas City, MO 64148


The Huge Law Firm PLLC

P.O. Box 57277

Washington, D.C. 20037-0277


Roman P. Wuller

Thompson Coburn LLP

One U.S. Bank Plaza, Suite 3500

St. Louis, Missouri 63101


Archis A. Parasharami

Mayer Brown LLP

1999 K Street, N.W.

Washington, DC 20006

/s/Michael Brooks
Michael Brooks


/s/Gary W. Sibley
Gary W. Sibley