# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 2278 | **DATE** | 6/2/2011 |
| **CASE TITLE** | In re: AT&T Mobility Wireless Data Services Tax Litigation  Case Number 10C2278 and all associated cases listed on attached page. | | |

**DOCKET ENTRY TEXT**

The Court grants final approval to the Settlement [154]. Case is hereby dismissed without prejudice until 6/1/12. After 6/1/12, said dismissal will be with prejudice. Enter Memorandum Opinion and Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | KF |
|---|---|---|

MDL 2147
Case Number 10C2278 and all associated cases

Member cases:
1:10-cv-02285
1:10-cv-02279
1:10-cv-02308
1:10-cv-02290
1:10-cv-02322
1:10-cv-02288
1:10-cv-02289
1:10-cv-02320
1:10-cv-02300
1:10-cv-02306
1:10-cv-02291
1:10-cv-02302
1:10-cv-02303
1:10-cv-02305
1:10-cv-02282
1:10-cv-02298
1:10-cv-02326
1:10-cv-02321
1:10-cv-02309
1:10-cv-02324
1:10-cv-02301
1:10-cv-02316
1:10-cv-00842
1:10-cv-02668
1:10-cv-02671
1:10-cv-02670
1:10-cv-02669
1:10-cv-02681
1:10-cv-02673
1:10-cv-02680
1:10-cv-02682
1:10-cv-02679
1:10-cv-02678
1:10-cv-02684
1:10-cv-02325
1:10-cv-02687
1:10-cv-02666
1:10-cv-02667
1:10-cv-02674
1:10-cv-02297
1:10-cv-02686
1:10-cv-02685
1:10-cv-02665
1:10-cv-02943
1:10-cv-03369
1:10-cv-03370
1:10-cv-02683
1:10-cv-02672
1:10-cv-02323
1:10-cv-02676
1:10-cv-02312
1:10-cv-02310
1:10-cv-00842