## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: AT&T MOBILITY WIRELESS DATA SERVICES TAX LITIGATION | MDL No. 2147 <br><br> Master Case No. 10 CV 02278 <br><br> Hon. Amy J. St. Eve <br><br> *NOTICE OF APPEAL* |

## **NOTICE OF APPEAL**

Notice is hereby given that Karen Wiand, Plaintiff/Class Member/Objector, in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the following orders entered in this action: June 2, 2011 Memorandum Opinion And Order of final approval of class action settlement (docket #194); June 2, 2011 Memorandum Opinion And Order approving attorney fees (docket #196).

Respectfully,


By: _____/s/ *Mark S. Baumkel*_____
MARK S. BAUMKEL
Mark S. Baumkel & Associates
Attorney for Plaintiff, Karen Wiand
30200 Telegraph Rd., Suite 200
Bingham Farms, MI  48025
(248) 642-0444
markbaumkel@classlaw.info

Date: July 1, 2011

## **CERTIFICATE OF SERVICE**

STATE OF MICHIGAN    )
                                )SS
COUNTY OF OAKLAND  )

      I, MARK S. BAUMKEL, certify that on the 1rst day of July, 2011, presented this
### **NOTICE OF APPEAL**
and this Certificate of Service to the Clerk of the Court for filing and uploading to the ECF system which will send notification of such filing to all attorneys of record;

 I declare under the penalty of perjury that the foregoing statements are true and correct.

___/s/ *Mark S. Baumkel*_____
MARK S. BAUMKEL (P27613)
Mark S. Baumkel & Associates
Attorney for Plaintiff/Objector, Karen Wiand
30200 Telegraph R., Ste. 200
Bingham Farms, MI 48025
(248) 642-0444
(248)642-6661-Fax
markbaumkel@classlaw.info or baumkelm@aol.com