

In the United States District Court
for the Northern District of Illinois

Eastern Division

| | | |
|---|---|---|
| IN RE: AT&T MOBILITY WIRELESS DATA SERVICES SALES TAX LITIGATION | ) ) ) ) | MDL No: 2147<br>Case No. 10 C 2278 |

<u>This document applies to Meshulam v. AT&T Mobility LLC, No. 1:10-cv-00192-JFM (Dist. Md.)</u>

### ORDER

Now on this 18th day of October, 2011, Class Counsel appeared on behalf of the named Class Representative, Bonnae Meshulam, who represents the class of persons or entitles who paid taxes to the state of Maryland on internet access services sold by AT&T Mobility, LLC or its subsidiaries. Counsel also appeared on behalf of AT&T Mobility, LLC. Counsel advised the Court that the State of Maryland had agreed to issue a conditional refund pursuant to the terms of the Settlement Agreement provided that the Court order that "monies in the escrow account that are unclaimed or unpaid will escheat back to the state or origin."

The Court, being fully advised in the premises, and concluding that the Settlement Agreement contemplates that funds from uncashed checks will be distributed "as the court directs…" (Settlement Agreement, Exhibit "O") herewith

### ORDERS

that funds in the Maryland escrow account due Maryland customers of AT&T Mobility, LLC that remains unclaimed or unpaid will escheat back to the state of Maryland.

SO ORDERED, this 18th [24th] day of October, 2011.

_____
Amy J. St. Eve
United States District Judge