Thomas L. Cox, Jr.
State Bar No. 04964400
4934 Tremont
Dallas, Texas 75214
(469) 531-3313
tox009@yahoo.com

Attorney for Objectors Travis Cox,
Shelley Stevens and Margaret Johnson

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

IN RE: AT&T MOBILITY WIRELESS
DATA SERVICES SALES TAX
LITIGATION

This document relates to all actions

Case No. 1:10-cv-02278
Judge Amy J. St. Eve

**MOTION FOR RETURN OF BOND**

To The Honorable District Judge:

Travis Cox, Shelley Stevens, Margaret Johnson, Paige Nash, Margaret Strohlein, Mike Hale, Summer Hogan, Michael Schulz and Omar Rivero, members of the Class who deposited a cost bond with the Court, hereby petition the Court for the return of said bond.

1. For purposes of this motion, Movants are listed by the name of the attorney for each appeal group.

2. The attorney groups are:

The Tom Cox Group, consisting of Appellants Travis Cox, Margaret Johnson and Shelley Stevens.

The Gary Sibley Group, consisting of Appellant Paige Nash.

The Darrell Palmer Group, consisting of Appellant Margaret Strohlein.

The Chris Bandas Group, consisting of Appellants Mike Hale, Summer Hogan, Omar Rivero and Michael Schhulz.

3. On July 28, 2010, the Court entered an Order requiring all Appellants to post a bond in the total amount of $4,500.00 (DKT 251).

---

MOTION FOR RETURN OF BOND – Page 1

4. All attorney groups subsequently posted separately one-fourth of the total amount of $4,500. Sibley and Cox posted their bonds in the amount of individual checks in the amount of $1,125.00 (DKT 256). Palmer posted his bond in the amount of $1,125.00. Bandas posted his bond in the amount of $1,125.00.

5. All appeals were subsequently resolved and dismissed (DKT 264 and 266) with all parties to bear their own costs.

6. The Cost Bond collectively posted by the Bandas, Cox, Palmer and Sibley Groups should be returned to the groups posting the Bond.

7. No taxable costs were incurred in Court of Appeal and no motion for costs has been filed.

**RELIEF**

Movants request that the Court enter an Order requiring the District Clerk to return the $4,500.00 Cost Bond in the amount of $1,125.00 separately to each attorney posting the Bond.

Respectfully submitted,

/s/ Thomas L. Cox, Jr.
Thomas L. Cox, Jr.
State Bar No. 04964400
4934 Tremont
Dallas, Texas 75214
(469) 531-3313
tcox009@yahoo.com

/s/ Gary W. Sibley
Gary W. Sibley
State Bar No. 18447700
2414 No. Akard Suite 700
Dallas, Texas 75201
(214) 522-5222
Email g@juris.cc

/s/ Joseph Darrell Palmer
Joseph Darrell Palmer
Law Offices of Darrell Palmer
603 N. Highway 101, Suite A
Solana Beach, CA 92075
Phone (858) 792-5600
Fax: (858) 792-5655
Email:
Darrell.palmer@palmerlegalteam.com

MOTION FOR RETURN OF BOND – Page 2

/s/ Christopher A. Bandas
 Christopher A. Bandas
Bandas Law Firm, P.C.
500 N. Shoreline Blvd., Site 1020
Corpus Christi, Texas 78471
Phone: (361) 698-5200
Fax: (361) 698-5222
Email: cbandas@bandaslawfirm.com

### CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of February 2012, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

/s/ Thomas L. Cox, Jr.
Thomas L. Cox, Jr.

### CERTIFICATE OF CONFERENCE

I Certify that I conferred with Chip Robertson Class Counsel on February 3rd and he is not opposed to the Motion.

/s/ Thomas L. Cox, Jr.
Thomas L. Cox, Jr.

MOTION FOR RETURN OF BOND – Page 3