**In the United States District Court
For the Northern District of Illinois**

**Eastern Division**

| | |
|---|---|
| IN RE: AT&T MOBILITY WIRELESS DATA<br>SERVICES SALES TAX LITIGATION | )<br>) MDL No. 2147<br>) Case No. 10C2278<br>) Judge Amy St. Eve |

**This document applies to:**
**Johnson v. AT&T Mobility LLC,** Case 2:10-cv-10064-JF-PJK
(E.D.Mich)

# ORDER

Now on this 14th day of March, 2013, the Court takes up the Joint Motion of the Michigan Subclass Representative, Kathy Johnson, who represents the class of persons or entitles who paid taxes to the State of Michigan on internet access services sold by AT&T Mobility, LLC and/or its subsidiaries, and AT&T Mobility, LLC. The Motion advises the Court that the State of Michigan has agreed to issue a conditional credit pursuant to the terms of the Settlement Agreement (¶8.11) provided the Court enters an order that monies in the relevant Subaccount or escrow account that are unclaimed or unpaid will escheat to the State of Michigan as provided for under Michigan law.

The Court, being fully advised in the premises, notes its continuing jurisdiction over the Settlement, and further notes that the Settlement Agreement contemplates that "[u]pon the Settlement Administrator determining that no further payments can be made to Settlement Class Members and that all of the

Costs of Administration and Approved Fees have been paid, the Settlement Administrator shall cause the funds remaining in the Subaccounts, the Expense Funding Account and the Payment Account to be transferred to the Escheat Account, and the monies in the Escheat Account shall then be distributed as the Court directs." (Settlement Agreement, Exhibit O. ¶4.f.):

IT IS HEREBY ORDERED that funds in Michigan Subaccount or any other relevant accounts due Michigan customers of AT&T Mobility, LLC, or its subsidiaries, which remain unclaimed or unpaid are directed to escheat to the State of Michigan as provided by Michigan law.

SO ORDERED, this 14th day of March, 2013.

_____
Amy J. St. Eve
United States District Judge