**In the United States District Court
for the Northern District of Illinois
Eastern Division**

| | |
|---|---|
| IN RE: AT&T MOBILITY WIRELESS DATA ) <br> SERVICES SALES TAX LITIGATION ) <br> ) | MDL No: 2147 <br> Case No. 10 C 2278 |

**This Document Relates to:**

*Kirk Tushaus v. AT&T Mobility, LLC,* 2:10-cv-00177-DKD (District Court of Arizona)

*Jamie Kilbreth v. AT&T Mobility, LLC,* 1:10-cv-02278 (US Northern District of Illinois, Consolidated Master Complaint)

*Kathy Johnson v. AT&T Mobility, LLC,* 2:10-CV-10064-JF-PJK, (Eastern District of Michigan, Southern Division)

*Michael Bosarge and Richard Garner v. AT&T Mobility, LLC,* 3:10-CV-005-HTW-LRA (Southern District of MS, Jackson Division)

*Jane F. Edmonds, Vicki L. Campbell, and Vickie C. Leyja v. AT&T Mobility, LLC*, 5:009-civ-091379-F (US Western District of Oklahoma, Oklahoma City Division)

*James Shirley v. AT&T Mobility, LLC*, 1:09-00636-S-DVM (Dist. Rhode Island, Providence Division)

*James K.S. Stewart v. AT&T Mobility, LLC,* 1:10-cv-72 (Eastern District of Virginia)

*Miracles Meyer v. AT&T Mobility, LLC,* 1:10-cv-02278 (US Northern District of Illinois, Consolidated Master Complaint)

*Kathy J. Cooper v. AT&T Mobility, LLC,* 09-992 (US District Court of Delaware)

*Heather Feenstra-Kretschmar v. AT&T Mobility, LLC,* 1:10-cv-02278 (US Northern District of Illinois, Consolidated Master Complaint)

**ORDER**

The parties having consented to this Order and the Court, being fully advised in the premises finds as follows:

First, the Court approves distribution of the refunds obtained from taxing jurisdictions in Arizona, Delaware, Maine, Michigan, Mississippi, Montana, New Hampshire, Oklahoma, Rhode Island, Virginia and Wyoming (the Refunding Tax Jurisdictions") in accordance with the Plan of

Distribution previously approved by the Court. To extent that there are unclaimed funds that remain after distribution of the refunds to Subclass members, Class Counsel are directed to report to this Court the status of such refunds and the amount of funds not claimed and to seek this Court's decision as to the final disposition of those funds, if any, at the appropriate time, in accordance with the Court's Order finally approving the Settlement.

Second, the Court finds that as to the Refunding Tax Jurisdictions, AT&T Mobility, LLC has performed all of its obligations under the Settlement Agreement.

Third, because the Refunding Tax Jurisdictions have completed the refund process and refunded all funds due the subclass members in their respective jurisdictions on the claims arising from this action, the Refunding Tax Jurisdictions have no further obligation to the subclass members of their state-specific subclasses to refund any funds received by a Refunding Tax Jurisdiction either directly or indirectly from a member of state subclass that includes a Refunding Tax Jurisdiction as defined in this Order.

Fourth, the Court approves Subclass Expenses for reimbursement from the Subclass Escrow Funds prior to distribution to the Class set out below.

WHEREFORE it is ORDERED:

That the Settlement Administrator implement the distribution of refunds in the Refunding Tax Jurisdictions as per the Distribution Agreement previously approved by the Court; and

That the Refunding Tax Jurisdictions are hereby released from any further obligation to or liability to pay to any subclass member in the Refunding Tax Jurisdictions any and all claims, demands, debts, liabilities, actions, causes of action of every kind and nature, obligations, damages, losses, and costs based on ATTM's charging of taxes, fees or surcharges on internet access during the class period; and

The Settlement Administrator is directed to reimburse class counsel for state-specific expenses incurred on behalf of the Subclass in obtaining refunds as follows: Arizona ($9,359.45); Delaware ($75.00); Maine ($172.32); Michigan ($52,651.64); Mississippi ($2,734.20); Oklahoma ($1,768.19); Rhode Island ($1,499.57); Virginia (#1,373.61); Wyoming ($172.57).

IT IS SO ORDERED.

                                                                                          _____
                                                                                          Amy J. St. Eve
                                                                                          United States District Judge

Dated: September 19, 2013