## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

ATT Mobility Wireless Data Services Tax Litigation, et al.

                Plaintiff,

v.

                Case No.: 1:10–cv–02278

                Honorable Amy J. St. Eve

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 21, 2014:

      MINUTE entry before the Honorable Amy J. St. Eve: Joint motion for order directing the payment of unclaimed or unpaid funds in the Indiana subaccount to the unclaimed property division of the Indiana Office of the Attorney General [285] is granted. [For further details, see separate Order.] Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.