**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: AT&T MOBILITY WIRELESS DATA SERVICES SALES TAX LITIGATION** ) ) ) ) | **MDL No: 2147** **Case No. 1:10-CV-02278** **Judge Amy J. St. Eve** |

**This Filing Applies to:
Martin Hoke v. AT&T Mobility LLC,
Case 2:10-cv-00006-TLS-APR
(Northern District of Indiana)**

## ORDER

Now on this 21st day of February, 2014, the Court takes up the Joint Motion of AT&T Mobility, LLC, and the Indiana Subclass Representative, Martin Hoke, who represents the class of persons or entities who paid taxes to the State of Indiana on internet access services sold by AT&T Mobility, LLC and/or its subsidiaries. The Motion advises the Court that the State of Indiana has agreed to issue a refund pursuant to the terms of the Settlement Agreement provided the Court enters an order directing the Settlement Administrator and the Escrow Agent to transfer any unclaimed or unpaid funds in the Indiana Subaccount or any other relevant accounts due Indiana customers of AT&T Mobility, LLC, or its subsidiaries, to the Unclaimed Property Division of the Indiana Office of the Attorney General ("Unclaimed Property Division") for management and distribution pursuant to the Indiana Code.[1]

---

[1] On April 17, 2013, the Court entered an order that approves distribution of the unclaimed or unpaid funds to the Unclaimed Property Division. (Doc. 279). Because the Settlement Administrator and the Escrow Agent will have the funds, the instant Motion asks the Court to direct them to make such distribution(s).

The Court, being fully advised in the premises, notes its continuing jurisdiction over the Settlement, and further notes that the Settlement Agreement contemplates that "[u]pon the Settlement Administrator determining that no further payments can be made to Settlement Class Members and that all of the Costs of Administration and Approved Fees have been paid, the Settlement Administrator shall cause the funds remaining in the Subaccounts, the Expense Funding Account and the Payment Account to be transferred to the Escheat Account, and the monies in the Escheat Account shall then be distributed as the Court directs." (Settlement Agreement, Exhibit O, Plan of Distribution, ¶ 4(f)):

IT IS HEREBY ORDERED that, pursuant to paragraph 4(f) of the Plan of Distribution and paragraph 3 of the Indiana Tax Settlement Agreement and upon completion of the distribution process, the Settlement Administrator and the Escrow Agent shall transfer any unclaimed or unpaid funds in the Indiana Subaccount or any other relevant accounts due Indiana customers of AT&T Mobility, LLC, or its subsidiaries, to the Unclaimed Property Division of the Indiana Office of the Attorney General ("Unclaimed Property Division") for management and distribution pursuant to the Indiana Code.

SO ORDERED, this 21st day of February, 2014.

_____
Amy J. St. Eve
United States District Judge