IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: AT&T MOBILITY WIRELESS DATA ) | |
| SERVICES SALES TAX LITIGATION ) | MDL No: 2147 |
| ) | Case No. 10 C 2278 |

This Document Relates to:

*Diethelm v. AT&T Mobility, LLC*      1:10-cv-02279      N.D. Alabama

**ORDER**

The parties having consented to this Order and the Court, being fully advised in the premises finds as follows:

First, the Court approves distribution of the refunds obtained from the taxing jurisdictions in Alabama (the "Refunding Tax Jurisdiction") in accordance with the Plan of Distribution previously approved by the Court. To the extent that there are unclaimed funds that remain after distribution of the refunds to the state Subclass members, and to the extent this Court has not issued any previous orders regarding such unclaimed funds, once the Settlement Administrator has completed the distribution procedures required under the Plan of Distribution such funds shall be returned to the Alabama treasury.

Second, the Court finds that as to the Refunding Tax Jurisdiction, AT&T Mobility, LLC (ATTM) has performed all of its obligations under the Settlement Agreement.

Third, because the Refunding Tax Jurisdiction has completed the refund process and refunded all funds due the subclass members in Alabama on the claims arising from this action, the Refunding Tax Jurisdiction has no further obligation to the subclass members of their state-specific subclasses to refund any funds received by a Refunding Tax Jurisdiction either directly

or indirectly from a member of a state subclass that includes a Refunding Tax Jurisdiction as defined in this Order.

Fourth, the Court approves Settlement Class Counsel Litigation Expenses in the amount of $3,599.95 for reimbursement from the Class Counsel Expense Funding Account.

**WHEREFORE it is ORDERED**:

That the Settlement Administrator implement the distribution of refunds in the Refunding Tax Jurisdiction as per this order and per the Plan of Distribution previously approved by the Court; and

That the Refunding Tax Jurisdiction is hereby released from any further obligation to or liability to pay to any subclass member in the Refunding Tax Jurisdictions any and all claims, demands, debts, liabilities, actions, causes of action of every kind and nature, obligations, damages, losses, and costs based on AT&T Mobility LLC's charging of taxes, fees or surcharges on internet access during the class period; and

Once the Settlement Administrator has completed the distribution procedures required under the Plan of Distribution any unclaimed funds shall be returned to the Alabama treasury.

The Settlement Administrator is directed to reimburse class counsel for litigation expenses incurred in the amount of $3,599.95 from the Class Counsel Expense Funding Account.

**IT IS SO ORDERED**.

_____
Amy J. St. Eve
United States District Judge

Dated: December 14, 2017