IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: AT&T MOBILITY WIRELESS DATA | ) | |
| SERVICES SALES TAX LITIGATION | ) | MDL No: 2147 |
| | ) | Case No. 10-2278 |

## STATUS REPORT

The Court held a status Conference on July 7, 2022. Following that conference, the Court ordered class counsel to file a status report by December 6, 2022, regarding the status of 1) the New York state distribution and 2) the escheat process in remaining states.

**New York Distribution**

Because the tax refunds in New York were the largest of any jurisdiction and because the number of taxpayers in the state of New York is well over one million, the process of preparing for and executing the distribution has presented several challenges. For each distribution, the Settlement Administrator, working with AT&T, undergoes significant efforts to ensure that the distribution reach the proper class members at correct addresses. This process is in place to try and minimize the number and amount of unclaimed or uncashed checks that are distributed.

The process includes coordinating with AT&T to update databases of the Foundation Account Numbers (FAN) and Basic Account Numbers (BAN) for each of the affected class members. These are the primary identifiers for each customer. That process was completed on September 26, 2022. After moving the AT&T databases to a new computer server, the Settlement Administrator thereafter began the coordination of check

printing and mailing with AT&T, Central Bank, which holds the funds, and RR Donnelly, the bulk mailing provider, regarding the timing of the New York distribution. Experience with distributions in other states have made it clear to all involved that checks sent out around the year end holidays dramatically increases the number of uncashed checks. For that reason, the current target dates for New York distribution starts February 15, 2023.

### Escheat Process

There are forty-five state tax jurisdictions involved in this case, including Washington D.C. The escheat process is complete in the following nineteen jurisdictions, Oklahoma, Arizona, Maine, Washington, Michigan, Kansas, Missouri, Minnesota, Indiana, Pennsylvania, Texas, Illinois, Ohio, California, Utah, North Carolina, Florida, Arkansas, and Connecticut. A total of $98,607,131.67 has been returned to those states. The escheat process is in progress in the following three jurisdictions, Louisiana, Kentucky, and Alabama and a total of $8,458,129.25 is in the process of being returned to those states. The escheat process remains to be completed in twenty-three jurisdictions, including New York. Those are Rhode Island, Montana, New Hampshire, Wyoming, Virginia, Mississippi, Delaware, Iowa, Vermont, South Carolina, Maryland, West Virginia, Tennessee, Colorado, Alaska, Nebraska, New Jersey, District of Columbia, Hawaii, Massachusetts, Washington, and Georgia. There remains a total of $38,569,183.32 to be escheated in those twenty-two states and an unknown amount in New York. The settlement Administrator can provide any level of detail that the Court may wish to review regarding the escheat process.

### Conclusion

Unless the Court desires a status conference or further data at this time, Class

Counsel suggests that the Court set a deadline for another status report approximately six months from now.

Submitted this 5th day of December 2022.

Respectfully Submitted,

/s/ *Edward D. Robertson, Jr.*
Edward D. Robertson, Jr.
James P. Frickleton
BARTIMUS, FRICKLETON,
ROBERTSON & RADER, PC
4000 W. 114th Street, Suite 310
Leawood, KS 66211
913-266-2300 (Voice)
913-266-2366 (Facsimile)

Settlement Class Counsel

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served upon all parties on this 5th day of December, 2022, via ECF and by mailing a true and accurate copy by first class mail, postage prepaid to all parties that have not established ECF notification. With the exception of Thompson Coburn – St. Louis, and Mayer Brown - Chicago, ATTM has agreed to waive service on all defense counsel that are not registered for ECF notification.

/s/ *Edward D. Robertson, Jr.*
Settlement Class Counsel